

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-13-00454-CV

**Velocity Databank, Inc. and Tom Pelatari d/b/a Velocity Databank, Inc.**

**v.**

**Shell Offshore Inc., Shell Oil Company, Shell Exploration & Production Company and Faye Schubert**

NO. 2011-68029 IN THE 295TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 11/11/2013 | E-PAID | APE |
| MT FEE | $10.00 | 09/18/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/18/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 09/11/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 08/12/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/09/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 08/09/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $12.00 | 08/05/2013 | PAID | APE |
| E-TXGOV FEE | $5.00 | 07/23/2013 | E-PAID | ANT |
| CLK RECORD | $179.00 | 07/12/2013 | PAID | ANT |
| E-TXGOV FEE | $5.00 | 07/01/2013 | E-PAID | APE |
| FILING | $175.00 | 05/31/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/31/2013 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $426.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this December 4, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**